**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 24-CR-174 (RDM)** |
| | ) | |
| **LINDA LAIRD** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT PRETRIAL STATEMENT**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, and defendant Linda Laird, through counsel, respectfully submit the following joint

pretrial statement.

### 1.   Joint Statement of the Case for the Court to Read to Prospective Jurors

The defendant Linda Laird is charged with one count of Conspiracy to Commit Social

Security Conversion and Theft of Public Money, one count of Conspiracy to Commit Mail Fraud

and Wire Fraud, one count of Financial Exploitation of a Vulnerable Adult or Elderly Person, and

one count of Fraud in the First Degree of an Elderly Person. The government alleges that the

defendant petitioned to become and did in fact become a legal guardian and conservator for a

mentally incapacitated elderly woman named Claudine Redden. From November 2017 through

September 2020, the government alleges the defendant unjustly enriched herself by using her

position as a guardian and conservator to steal the money in Ms. Redden's bank account and her

public assistance benefits. Linda Laird denies these allegations.

### 2.   Proposed or Modified voir dir questions.

The parties have no objections or additions to the Court's standard voir dire questions,

which are attached as Attachment 1.

**3. <u>Proposed jury instructions.</u>**

Attached as Attachment 2, with objections noted in-line.

**4. <u>List of Witnesses</u>**

A.  The government may call the following witnesses:

1.  Deborah Ahern
2.  LaPaula Brown-Hunter
3.  Jennifer Concino
4.  Nicole Townson
5.  Tamara McDowell-Christian
6.  Special Agent Sean Ricardi
7.  Special Agent Eric Ryan
8.  Renae Schwartz
9.  Causton Toney

B.  The defense may call the following witnesses:

1.  Linda Laird
2.  Josh White

**5. <u>List of Witnesses</u>**

The Government's exhibit list is attached as Attachment 3. Ms. Laird's exhibit list is attached as Attachment 4.

**6. <u>Stipulations</u>**

The parties have agreed to the following stipulations and will provide the signed copy to the Court at the pretrial conference:

1.  Claudine Redden was born in 1935

2.  Claudine Redden is currently alive

3.  Claudine Redden remains incapacitated

4.  Claudine Redden currently resides at Transitions/Capitol City Skilled Nursing Facility

5.  James Blizzard is now deceased.

6.

2

7.  **<u>Proposed verdict form</u>**

See Attachment 5. The parties reserve the right to challenge the proposed verdict form based upon evidence introduced at trial.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By      */s/   Jason Facci*
      Jason Facci (D.C. Bar No. 1027158)
      David Deitch (D.C. Bar No. 426218)
      Assistant United States Attorneys
      Fraud, Public Corruption, & Civil Rights
      601 D Street, NW
      Washington, D.C.  20530
      Tel: 202.252.7742
      Jason.Facci@usdoj.gov

For Linda Laird:

      /s/
Jerry Ray Smith, Jr.
DC Bar 448699
717 D Street, N.W., Suite 310
Washington, D.C.  20004
(202)641-4211 | jerryraysmith@verizon.net