| | |
|---|---|
| Government | ✔ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

LINDA LAIRD, and JAMES BLIZZARD

Civil/Criminal No. 24-CR-174 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 100 - Probate Court Records | | | | |
| 101 | Probate Court - Order re Incapacitation and Guardianship | 8/17/26 | 8/17/26 | D. Ahren | |
| 102 | Deborah Ahern Order and Visitor Report | 8/17/26 | 8/17/26 | D. Ahren | |
| 103 | Laird Guardianship Acceptance | 8/18/26 | 8/18/26 | S. Ricardi | |
| 104 | Blizzard Guardianship Acceptance | 8/18/26 | 8/18/26 | S. Ricardi | |
| 105 | Letters of General Guardianship | 8/18/26 | 8/18/26 | J. Concino | |
| 106 | Probate Transcript re Redden 2017 INT 000339 11-07-17 | | | | |
| 106a | 11-07-17 Hearing Clip | | | | |
| 106b | Merged Audio and Transcript 11-7-2017 | | | | |
| 107 | Filing on 11-27-17 requesting amendment to guardianship | 8/18/26 | 8/18/26 | S. Ricardi | |
| 209 | Screen Print Treasury Check | 8/19/26 | 8/19/26 | E. Ryan | |

| | | | | | |
|---|---|---|---|---|---|
| 108 | Petition to Transfer Guardianship 12-12-17 | 8/18/26 | 8/18/26 | Ricardi | |
| 109 | Transcript 02-14-18 | " | " | " | |
| 109a | 2-14-18 Hearing Clip 1 | | | | |
| 109b | 2-14-18 Hearing Clip 2 | | | | |
| 109c | 2-14-18 Hearing Clip 3 | | | | |
| 109d | 2-14-18 Hearing Clip 4 | | | | |
| 109e | 2-14-18 Hearing Clip 5 | | | | |
| 109f | 2-14-18 Audio Hearing Clip 1 | | | | |
| 109g | 2-14-18 Audio Hearing Clip 2 | | | | |
| 109h | 2-14-18 Audio Hearing Clip 3 | | | | |
| 109i | 2-14-18 Audio Hearing Clip 4 | | | | |
| 109j | 2-14-18 Audio Hearing Clip 5 | | | | |
| 109k | Merged Audio and Transcript 2-14-18 | | | | |
| 110 | April 18 2018 Petition for Conservatorship and mailing | " | " | " | |
| 111 | Corrected Transcript 05-22-2018 SIGNED TRCR | " | " | " | |

| | | | | | |
|---|---|---|---|---|---|
| 111a | 5-22-18 Hearing Clip 1 | 8/18/26 | 8/18/26 | Ricardi | |
| 111b | 5-22-18 Hearing Clip 2 | ↓ | ↓ | ↓ | |
| 111c | 5-22-18 Hearing Clip 3 | ↓ | ↓ | ↓ | |
| 111d | Merged Audio and Transcript 5-22-18 | ↓ | ↓ | ↓ | |
| 111e | Audio Hearing Clip 1 (5-22-18) | ↓ | ↓ | ↓ | |
| 111f | Audio Hearing Clip 2 (5-22-18) | ↓ | ↓ | ↓ | |
| 111g | Audio Hearing Clip 3 (5-22-18) | ↓ | ↓ | ↓ | |
| 112 | Blizzard Conservator Acceptance | " | " | " | |
| 113 | Laird Conservator Acceptance | " | " | " | |
| 113A | Order Granting Conservatorship | 8/18/26 | 8/18/26 | Ricardi | |
| 114 | Auditor Master Proposed Resolution | 8/18/26 | 8/18/26 | C. Toney | |
| 115 | Causton Toney Objection | | | | |
| 116 | Judge Pittman Order 5-21-19 | 8/18/26 | 8/18/26 | J. Cocino | |
| 117 | Concino Letters of Conservatorship | 8/18/26 | 8/18/26 | " | |
| 118 | Concino Referral to Auditor Master | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 119 | Order of Auditor Master 9-17-20 | 8/18/26 | 8/18/26 | J. Concino | |
| 120 | Probate Court Docket | 8/18/26 | 8/18/26 | S. Ricardi | |
| 121 | Talbot County Inventory | 8/18/26 | 8/18/26 | J. Cocino | |
| 122 | Order of Reference to Auditor Master 11-27-18 | " | " | C. Toney | |
| 123 | Auditor Master Initial Hearing Order 12-12-18 | " | " | " | |
| 130 | Capital One Email | 8/18/26 | | J. Concino (conditionally) | |
| | 200 - SSA Records | | | | |
| 201 | Blizzard rep payee application | 8/17/26 | 8/17/26 | R. Schwartz | |
| 202 | Web capture_12-2-2024_172826_sso.ba.ssa.gov | | | | |
| 203 | Rep payee Letter | | | | |
| 204 | Blizzard request to change direct deposit | | | | |
| 205 | SSA - Non-Responder Vertification | | | | |
| 206 | Cease Redden's Benefits Letter | 8/17/26 | 8/17/26 | R. Schwartz | |
| 207 | SSA termination of Blizzard as Rep Payee | | | | |
| 208 | SSA - Payments to Blizzard | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 300 - Transitions Records | | | | | |
| 301 | Redden Admission Record | 8/17/26 | 8/17/26 | D. Ahern | |
| 302 | C REDDEN MEDICAID APPLICATION | | | | |
| 303 | C REDDEN BUSINESS NOTES | 8/18/26 | 8/18/26 | L. Brown-Hunter | |
| 304 | C REDDEN COLLECTION NOTICES | | | | |
| 305 | Claudine Redden -Progress Notes from Facility | | | | |
| 306 | Transitions Visitor Log | 8/18/26 | 8/18/26 | L. Brown-Hunter | |
| 400 - Call Detail Records | | | | | |
| 401 | CDR Laird's Phone to DC Superior Court | 8/18/26 | 8/18/26 | Ricardi | |
| 402 | CDR Laird's Phone to Transitions | | | | |
| 403 | CDR Blizzard's Phone to DC Superior Court | | | | |
| 404 | CDR Blizzard's Phone to Transitions | | | | |
| 500 - Financial Exhibits | | | | | |
| 501 | Redden SunTrust Statement x8439 (Dec 17 to Jun 19) | 8/18/26 | 8/18/26 | N. Townson | |
| 502 | Laird SunTrust Statement x6843 (Nov 17 to Jun 19) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 503 | Laird as signatory on Redden Acct (Checks sig card10022020102058) | | | | |
| 504 | Blizzard statement x3739 and x3819 (Apr 18 to Oct 19 | 8/18/26 | 8/18/26 | D. Townson | |
| 505 | Old Hickory Invoice | | | | |
| 506 | Kay Jewelers Subpoena Response - Linda Laird | 8/18/26 | 8/18/26 | D. Townson | |
| 507 | SeatGeek Subpoena Response | ↓ | ↓ | ↓ | |
| 508 | Transfers from Redden exhibit | | | | |
| 509 | Financial Breakdown | 8/18/26 | 8/18/26 | D. Townson | |
| 510 | Capital One Cashier Check | ↓ | ↓ | ↓ | |
| 511 | Capital One 5pages Declaration of Business Record | 8/19/26 | 8/19/26 | Riccardi | |
| | 600 - Misc | | | | |
| 601 | Redden Picture 6-2025 | 8/17/26 | 8/17/26 | D. Ahern | |
| 602 | Laird email to SunTrust | 8/18/26 | 8/18/26 | Riccardi | |
| 603 | Transitions - email with Laird re collection | | | | |
| 604 | LAIRD interview final MOI | 8/19/26 | | Riccardi | |
| 605 | Transitions - Causton email about Laird | | | | |
| | 1000 - Business Record Certifications | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1001 | AT&T Declaration_3871568 | | | | |
| 1002 | Blizzard BB&T Declaration of Bank Records | | | | |
| 1003 | Blizzard Declaration of Bank Records | | | | |
| 1004 | Breezline Custodian of Records - Executed - 8-25-2025 | | | | |
| 1005 | Kay Jewelers Business Certification | | | | |
| 1006 | Laird and Redden SunTrust Bank | | | | |
| 1007 | Probate Court Letter | | | | |
| 1008 | SeatGeek Declaration Template | | | | |
| 1009 | Blizzard Truist Cert - 03112021 Bnk Svs-173703 - 20210401200000 | | | | |
| 1010 | Verizon Certification of records NJ conformed copy sesig | | | | |
| 1111 | Transitions Business Record Certification | | | | |
| 1112 | Capital One Check Certification | | | | |
| 1113 | Picture of Land / House | 8/19/26 | 8/19/26 | L. Laird | |