**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LINDA LAIRD,<br><br>*Defendant.* | Criminal No. 24-174 (RDM) |

**JURY VERDICT FORM**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**COUNT ONE (CONSPIRACY TO COMMIT SOCIAL SECURITY CONVERSION AND THEFY OF PUBLIC MONEY)**

As to the charge that the Defendant Linda Laird conspired with others to commit Social Security Conversion and Theft of Public Money, in violation of 18 U.S.C. § 371, we find the Defendant Linda Laird:

__✓__ Guilty ______ Not Guilty

If you find the Defendant Linda Laird not guilty of Count One, you must proceed to Count Two. If, and only if, you find the Defendant Linda Laird guilty beyond a reasonable doubt of Count One, what specific offense or offenses do you unanimously find to have been the object or objects of the conspiracy? (select one or more).

1. Do you find beyond a reasonable doubt that there was an agreement to commit Social Security Conversion?

   Yes: __✓__ No: ______

2. Do you find beyond a reasonable doubt that there was an agreement to commit Theft of Public Money?

   Yes: __✓__ No: ______

If, and only if, you find the Defendant Linda Laird guilty of Count One, what specific overt act or acts do you unanimously find to have been committed by a member of the conspiracy? Please indicate your findings by noting the corresponding number of the overt act or acts as listed in the jury instructions.

21, 23, 24, 25, 26, 27, 31
AND 30

## COUNT TWO (CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD)

As to the charge that the Defendant Linda Laird conspired with others to commit mail and wire fraud, in violation of 18 U.S.C. § 1349, we find the Defendant Linda Laird:

✓ Guilty ______ Not Guilty

If you find the Defendant Linda Laird not guilty of Count Two, you must proceed to Count Four. If, and only if, you find the Defendant Linda Laird guilty beyond a reasonable doubt of Count Two, what specific offense or offenses do you unanimously find to have been the object or objects of the conspiracy? (select one or more):

1. Do you find beyond a reasonable doubt that there was an agreement to commit Mail Fraud?

   Yes: ✓ No: ______

2. Do you find beyond a reasonable doubt that there was an agreement to commit Wire Fraud?

   Yes: ✓ No: ______

## COUNT FOUR (FINANCIAL EXPLOITATION OF A VULNERABLE ADULT OR ELDERLY PERSON)

As to the charge that the Defendant Linda Laird committed the offense of Financial Exploitation of a Vulnerable Adult or Elderly Person, in violation of 22 D.C. Code §§ 933.01(a)(3), we find the Defendant Linda Laird:

✓ Guilty ______ Not Guilty

**COUNT FIVE (FRAUD IN THE FIRST DEGREE)**

As to the charge that the Defendant Linda Laird committed the offense of Fraud in the First Degree, in violation of 22 D.C. Code §§ 3221(a).

✓ Guilty ______ Not Guilty

If, and only if, you find the Defendant Linda Laird guilty beyond a reasonable doubt of Count Five, do you unanimously find that Claudine Redden was 65 years of age or older at the time of the offense?

Yes: ✓ No: ______

BY: ______________________ ______________________
FOREPERSON JUROR NUMBER